1

**MARK W. COLEMAN #117306**
**NUTTALL & COLEMAN**
2445 CAPITOL STREET, SUITE 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

2

3

4

5   Attorneys for Defendant,
    JOSE RODRIGUEZ-LOPEZ

6

7                    **UNITED STATES DISTRICT COURT**

8                    **EASTERN DISTRICT OF CALIFORNIA**

9                                * * * * * *

10  UNITED STATES OF AMERICA,          Case No.:      CR-F-09-00442 LJO

11             Plaintiff,
                                       **STIPULATION TO CONTINUE**
12        vs.                                    **SENTENCING**
                                            **AND ORDER**
13  JOSE RODRIGUEZ-LOPEZ, et al.
                                       DATE: October 8, 2010
14           Defendant.               TIME: 8:55 a.m.
                                       Honorable LAWRENCE J. O'NEILL
15

16          IT IS HEREBY STIPULATED by and between the parties hereto through their respective

17  counsel, that the date for Sentencing in the above-captioned matter be continued from Friday,

18  October 8, 2010, at 8:55 a.m., to Friday, November 5, 2010, at 9:00 a.m.

19          Counsel for Defendant is unavailable on October 8, 2010.

20  Dated: October 5, 2010.           NUTTALL & COLEMAN

21                                     /s/ MARK W. COLEMAN

22                                     _____
                                       MARK W. COLEMAN
23                                     Attorney for Defendant,
                                       JOSE RODRIGUEZ-LOPEZ
24

25  Dated: October 5, 2010.           UNITED STATES ATTORNEY'S OFFICE

26
                                       /S/ KEVIN ROONEY
27
                                       _____
28                                     KEVIN ROONEY
                                       Assistant U. S. Attorney

1

**ORDER**

2

        The Sentencing in this matter regarding Jose Rodriguez-Lopez only has been rescheduled for

3

Friday, November 5, 2010, at 9:00 a.m., from its original date and time of

4

Friday, October 8, 2010, at 8:55 a.m.   The Good Cause is the unavailability of defense counsel.

5

IT IS SO ORDERED.

6

**Dated:     October 6, 2010**                           **/s/ Lawrence J. O'Neill**
                                                    UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28